[No. 60565-8-I. Division One. December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN MICHAEL WOLFE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04196-4, James D. Cayce, J., entered August 13, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60678-6-I. Division One. December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO MORALES-CARILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07108-1, Dean Scott Lum, J., entered October 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60707-3-I. Division One. December 29, 2008.]

*In the Matter of the Marriage of* CHRISTINE WHALEN, *Appellant*, and ANDREW SACHS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-03484-1, Douglass A. North, J., entered September 13, 2007. *Reversed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 60717-1-I. Division One. December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL LEININGER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-1-00252-0, Steven J. Mura, J., entered September 14, 2007. Appeal *dismissed* and action *converted* to personal restraint petition by unpublished per curiam opinion.